IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIVIL ACTION NO. |
| | ) | |
| Plaintiff, | ) | JUDGE |
| | ) | |
| v. | ) | |
| | ) | |
| REAL PROPERTY LOCATED AT | ) | |
| 100 MOUNTAIN VIEW DRIVE, | ) | |
| MORELAND HILLS, OHIO, | ) | |
| CUYAHOGA COUNTY PERMANENT | ) | |
| PARCEL NOS: 913-06-001, 913-06- | ) | |
| 005, et al., | ) | |
| | ) | |
| Defendants. | ) | PRAECIPE |

Please issue a Warrant of Arrest in Rem on the Defendant properties (listed below) to the

United States Marshals Service on behalf of the United States Attorney's Office:

| ASSET | CATS ID# |
|---|---|
| 1996 Porsche 911 Turbo, black in color, VIN: WP0AC2991TS376255 | 20-FDA-000118 |
| 2019 Nautique G25 boat, HIN: CTC95115K819, with a 2019 Extreme boat trailer, VIN: 5DBBB2734KZ005090 | 21-FDA-000009 |
| Patek Phillippe rose gold men's wrist watch, Model No. 5980/1R-001, Serial No.  797834/6192290 | 21-FDA-000005 |
| Rolex stainless men's wrist watch, Model No. 115234, Serial No. 245E1318 | 21-FDA-000002 |
| Rolex stainless men's wrist watch, Model No. 116234, Serial No. 17T10743 | 21-FDA-000003 |
| Rolex 18K rose gold men's wrist watch, Model No. 218235, Serial No. 38HZ3155 | 21-FDA-000004 |
| Metalor Kilogram gold bar, Serial No. 18144504 | 21-FDA-000001 |

| $2,158,215.00 in U.S. Currency | 20-FDA-000111 |
| $39,108.00 in U.S. Currency | 20-FDA-000112 |

Respectfully submitted,

Bridget M. Brennan
Acting United States Attorney

By:    /s/ Henry F. DeBaggis
       Henry F. DeBaggis (OH: 0007561)
       Assistant United States Attorney
       801 West Superior Avenue
       Suite 400
       Cleveland, OH   44113-1852
       Tel. (216) 622-3749
       Fax. (216) 522-7499
       Henry.DeBaggis@usdoj.gov