# United States District Court

NORTHERN DISTRICT OF OHIO

WARRANT OF  
ARREST *IN REM*

TO:  UNITED STATES MARSHALS SERVICE, FOOD AND DRUG ADMINISTRATION, AND/OR ANY OTHER DULY AUTHORIZED LAW ENFORCEMENT OFFICER:

WHEREAS, on  03/10/2021  a  Complaint in Forfeiture  was filed in this Court by Bridget M. Brennan, Acting United States Attorney for this District, on behalf of the United States, against:

SEE ATTACHED LIST OF ASSETS

and WHEREAS, the defendant properties are currently in the possession, custody or control of the United States; and,

WHEREAS, Rule G(3)(b)(i) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions directs the Clerk of the Court to issue a warrant of arrest *in rem* for the arrest of the defendant properties; and,

WHEREAS, Rule G(3)(c) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions provides that the warrant of arrest *in rem* must be delivered to a person or organization authorized to execute it;

YOU ARE COMMANDED to arrest the defendant properties by serving a copy of this warrant on the custodian in whose possession, custody or control the properties are presently found, and to use whatever means may be appropriate to protect and maintain it in your custody until further order of this Court.

YOU ARE FURTHER COMMANDED to file the same in this Court with your return thereon.

| WITNESS THE HONORABLE | UNITED STATES DISTRICT JUDGE AT |
|---|---|
| DATE | |
| CLERK | |
| (BY) DEPUTY CLERK | |

Returnable  -60-  days after issue.

United States Marshals Service

| DISTRICT | DATE RECEIVED | DATE EXECUTED |
|---|---|---|
| PRINTED NAME | SIGNATURE | |

|   | ASSET | CATS ID# |
|---|---|---|
| a. | 1996 Porsche 911 Turbo, black in color, VIN: WP0AC2991TS376255 | 20-FDA-000118 |
| b. | 2019 Nautique G25 boat, HIN: CTC95115K819, with a 2019 Extreme boat trailer, VIN: 5DBBB2734KZ005090 | 21-FDA-000009 |
| c. | Patek Phillippe rose gold men's wrist watch, Model No. 5980/1R-001, Serial No.  797834/6192290 | 21-FDA-000005 |
| d. | Rolex stainless men's wrist watch, Model No. 115234, Serial No. 245E1318 | 21-FDA-000002 |
| e. | Rolex stainless men's wrist watch, Model No. 116234, Serial No. 17T10743 | 21-FDA-000003 |
| f. | Rolex 18K rose gold men's wrist watch, Model No. 218235, Serial No. 38HZ3155 | 21-FDA-000004 |
| g. | Metalor Kilogram gold bar, Serial No. 18144504 | 21-FDA-000001 |
| h. | $2,158,215.00 in U.S. Currency | 20-FDA-000111 |
| i. | $39,108.00 IN U.S. Currency | 20-FDA-000112 |