U.S. Department of Justice

# PROCESS RECEIPT AND RETURN

| PLAINTIFF<br>United States of America | COURT CASE NUMBER |
|---|---|
| DEFENDANT<br>Real Property located at 100 Mountain View Drive, Moreland Hills, Ohio, et al., | TYPE OF PROCESS<br>Warrant of Arrest in Rem |

**SERVE AT** {

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Vehicle, Boat, 4 men's watches, gold bar, and currency

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| | Number of process to be served with this Form | 1 |
| Henry F. DeBaggis, Assistant United States Attorney<br>Office of the United States Attorney<br>801 W. Superior Avenue, Suite 400 United States Courthouse<br>Cleveland, Ohio 44113 | Number of parties to be served in this case | 9 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(**Include Business and Alternate Addresses,
All Telephone Numbers, and Estimated Times Available for Service**):*

Fold                                                                                     Fold

See attached asset list.

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>216-622-3749 | DATE<br>03/10/21 |
|---|---|---|---|

## SPACE BELOW FOR USE BY PROCESSING OFFICIAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. | Total Process | District of Origin<br>No. | District to Serve<br>No. | Signature of Authorized Agent or Other Agency Personnel | | Date |
|---|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described
on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|
| Address *(complete only different than shown above)* | Date | Time | ☐ am<br>☐ pm |
| | Signature | | |

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed<br>**(Amount of Refund*)** |
|---|---|---|---|---|---|

REMARKS:

PRIOR EDITIONS
MAY BE USED

| | ASSET | CATS ID# |
|---|---|---|
| a. | 1996 Porsche 911 Turbo, black in color, VIN: WP0AC2991TS376255 | 20-FDA-000118 |
| b. | 2019 Nautique G25 boat, HIN: CTC95115K819, with a 2019 Extreme boat trailer, VIN: 5DBBB2734KZ005090 | 21-FDA-000009 |
| c. | Patek Phillippe rose gold men's wrist watch, Model No. 5980/1R-001, Serial No.  797834/6192290 | 21-FDA-000005 |
| d. | Rolex stainless men's wrist watch, Model No. 115234, Serial No. 245E1318 | 21-FDA-000002 |
| e. | Rolex stainless men's wrist watch, Model No. 116234, Serial No. 17T10743 | 21-FDA-000003 |
| f. | Rolex 18K rose gold men's wrist watch, Model No. 218235, Serial No. 38HZ3155 | 21-FDA-000004 |
| g. | Metalor Kilogram gold bar, Serial No. 18144504 | 21-FDA-000001 |
| h. | $2,158,215.00 in U.S. Currency | 20-FDA-000111 |
| i. | $39,108.00 IN U.S. Currency | 20-FDA-000112 |