IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIVIL ACTION NO. |
| | ) | |
| Plaintiff, | ) | JUDGE |
| | ) | |
| v. | ) | |
| | ) | |
| REAL PROPERTY LOCATED AT 100 MOUNTAIN VIEW DRIVE, MORELAND HILLS, OHIO, CUYAHOGA COUNTY PERMANENT PARCEL NOS: 913-06-001, 913-06-005, et al., | ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | <u>NOTICE</u> |

Party-in-Interest:  ES Global Real Estate Holding LLC
2664 S Green Rd
Cleveland, Ohio 44118

The above-captioned forfeiture action was filed in U.S. District Court on March 10, 2021. A copy of the complaint is attached. If you claim an interest in the defendant property, the following applies.

Pursuant to Rule G of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims, you are required to file with the Court, and serve upon Henry F. DeBaggis, plaintiff's attorney, whose address is United States Attorney's Office; United States Court House; 801 West Superior Avenue, Suite 400; Cleveland, Ohio 44113, a verified claim to the defendant property within thirty-five (35) days after your receipt of the complaint. Said claim shall contain the information required by Rule G(5) of the said Supplemental Rules. Additionally, you must

file and serve an answer to the complaint or a motion under Rule 12 of the Civil Rules of Procedure, within twenty (20) days after the filing of the claim, exclusive of the date of filing. If you fail to do so, judgment by default will be taken for the relief demanded in the complaint.

        Respectfully submitted,

        Bridget M. Brennan
        Acting United States Attorney

By:   /s/ Henry F. DeBaggis
        Henry F. DeBaggis (OH: 0007561)
        Assistant United States Attorney
        801 West Superior Avenue
        Suite 400
        Cleveland, OH 44113-1852
        Tel. (216) 622-3749
        Fax. (216) 522-7499
        Henry.DeBaggis@usdoj.gov