U.S. Department of Justice

# PROCESS RECEIPT AND RETURN

| PLAINTIFF United States of America | COURT CASE NUMBER |
|---|---|
| DEFENDANT Real Property located at 100 Mountain View Drive, Moreland Hills, Ohio, et al., | TYPE OF PROCESS Warrant of Arrest in Rem |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Vehicle, Boat, 4 men's watches, gold bar, and currency

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Henry F. DeBaggis, Assistant United States Attorney
Office of the United States Attorney
801 W. Superior Avenue, Suite 400 United States Courthouse
Cleveland, Ohio 44113

| Number of process to be served with this Form | 1 |
|---|---|
| Number of parties to be served in this case | 9 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Fold                                                                                                                       Fold

See attached asset list.

Signature of Attorney other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT    TELEPHONE NUMBER 216-622-3749    DATE 03/10/21

**SPACE BELOW FOR USE BY PROCESSING OFFICIAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. | Total Process | District of Origin No. ___ | District to Serve No. ___ | Signature of Authorized Agent or Other Agency Personnel | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|
| Address *(complete only different than shown above)* | Date | Time | ☐ am ☐ pm |
| | Signature | | |

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed (Amount of Refund*) |
|---|---|---|---|---|---|

REMARKS:

PRIOR EDITIONS
MAY BE USED

|  | ASSET | CATS ID# |
|---|---|---|
| a. | 1996 Porsche 911 Turbo, black in color, VIN: WP0AC2991TS376255 | 20-FDA-000118 |
| b. | 2019 Nautique G25 boat, HIN: CTC95115K819, with a 2019 Extreme boat trailer, VIN: 5DBBB2734KZ005090 | 21-FDA-000009 |
| c. | Patek Phillippe rose gold men's wrist watch, Model No. 5980/1R-001, Serial No. 797834/6192290 | 21-FDA-000005 |
| d. | Rolex stainless men's wrist watch, Model No. 115234, Serial No. 245E1318 | 21-FDA-000002 |
| e. | Rolex stainless men's wrist watch, Model No. 116234, Serial No. 17T10743 | 21-FDA-000003 |
| f. | Rolex 18K rose gold men's wrist watch, Model No. 218235, Serial No. 38HZ3155 | 21-FDA-000004 |
| g. | Metalor Kilogram gold bar, Serial No. 18144504 | 21-FDA-000001 |
| h. | $2,158,215.00 in U.S. Currency | 20-FDA-000111 |
| i. | $39,108.00 IN U.S. Currency | 20-FDA-000112 |