# PROCESS RECEIPT AND RETURN

**FILED**

| PLAINTIFF<br>United States of America | COURT CASE NUMBER **APR 0 7 2021**<br>CLERK, U.S. DISTRICT COURT |
|---|---|
| DEFENDANT<br>Real Property located at 100 Mountain View Drive, Moreland Hills, Ohio, et al., | TYPE OF PROCESS NORTHERN DISTRICT OF OHIO CLEVELAND<br>Warrant of Arrest in Rem |

**SERVE AT** {

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Vehicle, Boat, 4 men's watches, gold bar, and currency

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| Henry F. DeBaggis, Assistant United States Attorney<br>Office of the United States Attorney<br>801 W. Superior Avenue, Suite 400 United States Courthouse<br>Cleveland, Ohio 44113 | Number of process to be served with this Form | 1 |
| | Number of parties to be served in this case | 9 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses.*
*All Telephone Numbers, and Estimated Times Available for Service)*:

Fold              Fold

    See attached asset list.

| Signature of Attorney other Originator requesting service on behalf of:   ☒ PLAINTIFF<br>  ☐ DEFENDANT | TELEPHONE NUMBER<br>216-622-3749 | DATE<br>03/10/21 |
|---|---|---|

## SPACE BELOW FOR USE BY PROCESSING OFFICIAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. | Total Process<br>1 | District of Origin<br>No. 60 | District to Serve<br>No. 60 | Signature of Authorized Agent or Other Agency Personnel<br>*Robin M. Cappa* | Date<br>3/15/21 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode | |
|---|---|---|
| Address *(complete only different than shown above)* | Date<br>3/25/21 | Time<br>10:34   ☒ am ☐ pm |
| | Signature<br>*Kurt Duncan, SDR* | #5774 |

| Service Fee<br>$65 | Total Mileage Charges including *endeavors*<br>0 | Forwarding Fee<br>0 | Total Charges<br>$65 | Advance Deposits<br>0 | Amount owed<br>(Amount of Refund*)<br>$65 |
|---|---|---|---|---|---|

REMARKS:

*All assets on attached list are in custody of USMS.*

PRIOR EDITIONS
MAY BE USED

| | ASSET | CATS ID# |
|---|---|---|
| a. | 1996 Porsche 911 Turbo, black in color, VIN: WP0AC2991TS376255 | 20-FDA-000118 |
| b. | 2019 Nautique G25 boat, HIN: CTC95115K819, with a 2019 Extreme boat trailer, VIN: 5DBBB2734KZ005090 | 21-FDA-000009 |
| c. | Patek Phillippe rose gold men's wrist watch, Model No. 5980/1R-001, Serial No. 797834/6192290 | 21-FDA-000005 |
| d. | Rolex stainless men's wrist watch, Model No. 115234, Serial No. 245E1318 | 21-FDA-000002 |
| e. | Rolex stainless men's wrist watch, Model No. 116234, Serial No. 17T10743 | 21-FDA-000003 |
| f. | Rolex 18K rose gold men's wrist watch, Model No. 218235, Serial No. 38HZ3155 | 21-FDA-000004 |
| g. | Metalor Kilogram gold bar, Serial No. 18144504 | 21-FDA-000001 |
| h. | $2,158,215.00 in U.S. Currency | 20-FDA-000111 |
| i. | $39,108.00 IN U.S. Currency | 20-FDA-000112 |

# United States District Court

## NORTHERN DISTRICT OF OHIO

WARRANT OF
ARREST *IN REM*

TO:     UNITED STATES MARSHALS SERVICE, FOOD AND DRUG ADMINISTRATION,
AND/OR ANY OTHER DULY AUTHORIZED LAW ENFORCEMENT OFFICER:

WHEREAS, on __03/10/2021__ a _____ Complaint in Forfeiture _____
was filed in this Court by Bridget M. Brennan, Acting United States Attorney for this District, on behalf of the
United States, against:

SEE ATTACHED LIST OF ASSETS

and WHEREAS, the defendant properties are currently in the possession, custody or control of the United
States; and,

WHEREAS, Rule G(3)(b)(i) of the Supplemental Rules for Admiralty or Maritime Claims and Asset
Forfeiture Actions directs the Clerk of the Court to issue a warrant of arrest *in rem* for the arrest of the defendant
properties; and,

WHEREAS, Rule G(3)(c) of the Supplemental Rules for Admiralty or Maritime Claims and Asset
Forfeiture Actions provides that the warrant of arrest *in rem* must be delivered to a person or organization
authorized to execute it;

YOU ARE COMMANDED to arrest the defendant properties by serving a copy of this warrant on the
custodian in whose possession, custody or control the properties are presently found, and to use whatever means
may be appropriate to protect and maintain it in your custody until further order of this Court.

YOU ARE FURTHER COMMANDED to file the same in this Court with your return thereon.

| WITNESS THE HONORABLE | UNITED STATES DISTRICT JUDGE AT |
|---|---|
| **DATE** | **CLERK** Sandy Opacich <br> (BY) DEPUTY CLERK <br> s/ Mark T. Matyas |

Returnable ___-60-___ days after issue.

### United States Marshals Service

| DISTRICT | DATE RECEIVED | DATE EXECUTED |
|---|---|---|
| Northern District of Ohio | 3/15/2021 | 3/25/2021 |
| **PRINTED NAME** Janet Duncan, DAFC #15774 | **SIGNATURE** Janet Duncan | |

|    | ASSET | CATS ID# |
|----|-------|----------|
| a. | 1996 Porsche 911 Turbo, black in color, VIN: WP0AC2991TS376255 | 20-FDA-000118 |
| b. | 2019 Nautique G25 boat, HIN: CTC95115K819, with a 2019 Extreme boat trailer, VIN: 5DBBB2734KZ005090 | 21-FDA-000009 |
| c. | Patek Phillippe rose gold men's wrist watch, Model No. 5980/1R-001, Serial No. 797834/6192290 | 21-FDA-000005 |
| d. | Rolex stainless men's wrist watch, Model No. 115234, Serial No. 245E1318 | 21-FDA-000002 |
| e. | Rolex stainless men's wrist watch, Model No. 116234, Serial No. 17T10743 | 21-FDA-000003 |
| f. | Rolex 18K rose gold men's wrist watch, Model No. 218235, Serial No. 38HZ3155 | 21-FDA-000004 |
| g. | Metalor Kilogram gold bar, Serial No. 18144504 | 21-FDA-000001 |
| h. | $2,158,215.00 in U.S. Currency | 20-FDA-000111 |
| i. | $39,108.00 IN U.S. Currency | 20-FDA-000112 |