FILED

APR 26 2021

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 1:21-CV-00564 |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| REAL PROPERTY LOCATED AT 806 N. ) | |
| VISTA STREET, LOS ANGELES, CA ) | |
| LOS ANGELES COUNTY ASSESSOR ) | |
| AIN 5526-005-024 ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**MOTION FOR ORDER TO APPEAR *PRO HAC VICE***

Victor Sherman, counsel of record for defendant, Real Property Located at 806 N. Vista Street, Los Angeles, California, Los Angeles County Assessor AIN 5526-005-024 and pursuant to the Local Civil Rules of the Northern District of Ohio Rule 83.5(h), a member in good standing with the United States District Court for the Central District of California, moves to be permitted to appear *Pro Hac Vice* for defendant Real Property Located at 806 N. Vista Street, Los Angeles, California, Los Angeles County Assessor AIN 5526-005-024, in the above-entitled matter.

///

Attached to this motion are:

1. Certificate of Good Standing of Victor Sherman before the United States District Court for the Central District of California; and

2. Affidavit of Victor Sherman with regard to disciplinary proceedings and criminal charges.

3. A check for the Pro Hac Vice admission fee in the amount of $120 payable to Clerk, U.S. District Court.

WHEREFORE, undersigned counsel moves for an Order for the admission of Victor Sherman in the above-entitled matter *Pro Hac Vice*.

DATED: April 23, 2021                    Respectfully submitted,

/s/Victor Sherman

By: _____
VICTOR SHERMAN
11400 W. Olympic Boulevard, Suite 1500
Los Angeles, California 90064
Tel: (424) 371-5930; Fax: (310) 392-9029
Email: victor@victorsherman.law
Attorney for Defendant Real Property
Located at 806 N. Vista Street, Los Angeles,
California, Los Angeles County Assessor
AIN 5526-005-024