# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 1:21-CV-00564 |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| REAL PROPERTY LOCATED AT 806 N. ) | |
| VISTA STREET, LOS ANGELES, CA ) | |
| LOS ANGELES COUNTY ASSESSOR ) | |
| AIN 5526-005-024 ) | |
| ) | |
| Defendant. ) | |
| ) | |

## (PROPOSED) ORDER TO APPEAR *PRO HAC VICE*

GOOD CAUSE APPEARING THEREFOR;

IT IS HEREBY ORDERED that Attorney Victor Sherman, from the Law Offices of Victor Sherman, is hereby permitted to practice *Pro Hac Vice* with regards to the above-entitled matter.

DATED: April 23, 2021      _____
                                                    UNITED STATES DISTRICT JUDGE