# United States District Court

## Central District of California

## CERTIFICATE OF GOOD STANDING

I, KIRY K. GRAY, Clerk of this Court, certify that

__Victor Sherman__, Bar No. __38483__

was duly admitted to practice in this Court on __November 28, 1966__
*DATE*

and is in good standing as a member of the Bar of this Court.

Dated at Los Angeles, California

on __April 19, 2021__
*Date*

KIRY K. GRAY
Clerk of Court

By /s/ Lupe Thrasher, Deputy Clerk