# AFFIDAVIT OF VICTOR SHERMAN IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Victor Sherman, make this affidavit in support of the motion for my admission to appear and practice in this Court, in the above-entitled matter as counsel pro hac vice for defendant, Real Property Located at 806 N. Vista Street, Los Angeles, California, Los Angeles County Assessor AIN 5526-005-024, in the above-captioned matter pursuant to Local Civil Rules of the Northern District of Ohio, Rule 83.5(h).

I, Victor Sherman, being duly sworn, do hereby depose and say as follows:

1. I am a lawyer of the law firm Law Offices of Victor Sherman.

2. My contact information is: 11400 West Olympic Boulevard, Suite 1500, Los Angeles, California 90064; telephone 424-371-5930; facsimile 310-392-9029; email address is victor@victorsherman.law.

3. I am a member in good standing of the bar of California and there are no pending disciplinary proceedings against me in any state or federal court. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

4. My bar identification number is: 38483. I was admitted to practice on November 28, 1966.

5.  A current certificate of good standing from California is attached.

6.  Based on the foregoing, I respectfully request that I be granted pro hac vice admission in this matter.

I certify and attest that the foregoing statements made by me are true under penalty of perjury pursuant to 28 U.S.C. §1746. I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

DATED: April 23, 2021    Respectfully submitted,

/s/ Victor Sherman

VICTOR SHERMAN, ESQ. (SBN: 38483)
Law Offices of Victor Sherman
11400 W. Olympic Blvd., Suite 1500
Los Angeles, CA 90064
Tel:   424-371-5930
Fax:  310-392-9029
Email: victor@victorsherman.law