IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 1:21-CV-00564 |
| Plaintiff, | : | |
| vs. | : | |
| REAL PROPERTY LOCATED AT 806 N. VISTA STREET, LOS ANGELES CALIFORNIA, LOS ANGELES COUNTY AIN 5526-005-024 | : - - | CLAIM (VERIFIED) OF JUSTIN BALAY |
| Defendant. | : | |
| JUSTEN BALAY Claimant | | |

Pursuant to Rule G(5)(a), Supplemental Rules for Certain Admiralty and Maritime Claims, claimant, Justen Balay, hereby demands restitution of Real Property Located at 806 North Vista Street, Los Angeles, California, Los Angeles County AIN 5526-005-024 and claims the right to defend this action.

Claimant's status is that of lawful owner and possessor of the claimed defendant property.

I declare under penalty of perjury under the laws of United States, that the foregoing is true and correct.

DATE: April 19, 2021

_____
JUSTEN BALAY

Attorney Victor Sherman is duly authorized to make this Claim.

DATED: May 5, 2021

LAW OFFICES OF VICTOR SHERMAN
/s     Victor Sherman
VICTOR SHERMAN (SBN 38483)
11400 W Olympic Blvd, Ste 1500
Los Angeles, CA 90064-1543
Tel.:   (424) 371-5930; Fax: (310) 392-9029
E-mail: victor@victorsherman.law
ATTORNEY FOR DEFENDANT,
JUSTEN BALAY

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Claim (Verified) of Justen Balay was served this 5th day of May, 2021, electronically on: Henry F. DeBaggis, Assistant United States Attorney.

/s     Victor Sherman
VICTOR SHERMAN (SBN 38483)
ATTORNEY FOR DEFENDANT,
JUSTEN BALAY