CUYAHOGA COUNTY
FISCAL OFFICE - 2
11/20/2020 08:05:21 AM
**202011200037**

### AFFIDAVIT FOR MECHANIC'S LIEN

STATE OF OHIO
COUNTY OF CUYAHOGA

Michael C. Brown, being first duly sworn, says that he is the authorized agent of **SELECT HOMES OF NORTHEAST OHIO LTD** whose address is **31700 Pinetree Rd, Cleveland OH 44124**, and that said **SELECT HOMES OF NORTHEAST OHIO LTD** furnished certain materials and/or labor **(demolition and construction for remodeling)** in and for the improvement / construction of certain structures situated on the land hereinafter described in pursuance of a certain contract with **EYTON SENDERS** whose address is **100 Mountain View, Moreland Hills OH 44022**. The first of said materials and/or labor were furnished on **April 6, 2020**. The last of said materials and/or labor were furnished on **September 22, 2020**, and there is justly and truly due **SELECT HOMES OF NORTHEAST OHIO LTD** therefor from the said **EYTON SENDERS** over and above all legal set-offs, the sum of **Four Hundred Seventy-three Thousand Five Hundred Eighty-Two and No/100 Dollars ($473,582.00)**, for which amount the said **SELECT HOMES OF NORTHEAST OHIO LTD** claims a Lien upon the structures, and the interests of the owner in the land upon which the structures are located, of which **100 MOUNTAIN VIEW LLC**, Attn: Eyton Senders, 100 Mountain View Drive, Moreland Hills OH 44022, and **EYTON SENDERS**, 100 Mountain View Drive, Moreland Hills OH 44022, is(are) or were the owner(s), or part owner(s), of said property which is described as follows:

Senders Residence, 100 Mountain View Drive
Village of Moreland Hills, County of Cuyahoga, State of Ohio
PIN: 913-06-001 & 913-06-005, See attached Legal Description-Exhibit A

SELECT HOMES OF NORTHEAST OHIO LTD

October 28, 2020

By: _____
Michael C. Brown, Esq., Authorized Agent

Witness: Janice E. Hoth

Witness: Corey M. Nemec

SWORN TO AND SUBSCRIBED before me and subscribed in my presence this **28 October, 2020**.

JANICE E. HOTH
NOTARY PUBLIC
STATE OF OHIO
My Comm. Exp.
October 1, 2022

_____
Notary Public

404654

This instrument prepared by:
Michael C. Brown, Esq., 23240 Chagrin Blvd 410, Cleveland, OH 44122, (216)464-6700

**EXHIBIT "A"**

**EXHIBIT A**

**PARCEL NO. 1:**

Situated in the Village of Moreland Hills, County of Cuyahoga and State of Ohio:

And known as being Sublot No. 6 in Kenneth Young's River Mountain Estates of part of Original Orange Township Lot Nos. 4 and 6, Tract No. 3, First Division, as shown by the recorded plat in Volume 229, Page 2 of Cuyahoga County Records.

**PARCEL NO. 2:**

Situated in the Village of Moreland Hills, County of Cuyahoga and State of Ohio:

And known as being Sublot No. 7 in Kenneth Young's River Mountain Estates of part of Original Orange Township Lot Nos. 4 and 6, Tract No. 3, First Division, as shown by the recorded plat in Volume 229 of Maps, Page 2 of Cuyahoga County Records, being 110.90 feet front on the Northwesterly side of Mountain View Drive and extending back 934.29 feet on the broken Northeasterly line, 668.42 feet on the Southeasterly line and having a rear line of 895.46 feet.

Except a) any mortgage assumed by Grantee; b) such restrictions, conditions, easements (however created) and encroachments as do not materially adversely affect the use or value of the property, c) zoning ordinances, if any, and d) taxes and assessments, both general and special, not yet due and payable.

Permanent Parcel Number: 913-06-001 & 913-06-005

Tax Mailing Address: 100 Mountain View Drive Moreland Hills, OH 44022

**EXHIBIT "A"**