IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

United States of America,   Civil Case No.: 1:21-CV-00564-CAB

    Plaintiff,

-vs-

Real Property Located at   JUDGE CHRISTOPHER A. BOYKO
100 Mountain View Drive,
Moreland Hills, Ohio,
Cuyahoga County Permanent Parcel
Nos: 913-06-001, 913-06-005, et al,

And

100 Mountainview LLC, an Ohio Limited Liability Corporation
℅ CORPORATE AGENTS, INC.
30195 CHAGRIN BLVD., SUITE 300
CLEVELAND OH 44122
Statutory Agent

Eyton Senders
100 Mountainview
Moreland Hills, OH 44022

    Defendants.

## SELECT HOMES OF NORTHEAST OHIO LLC'S COMPLAINT FOR FORECLOSURE OF A MECHANIC'S LIEN

Plaintiff Select Homes of Northeast Ohio LTD ("Select Homes "), for its foreclosure complaint in rem against 100 Mountainview. LLC ("Mountainview") 100 Mountainview Dr. (the "Property") and Eyton Senders, ("Senders") and the Cuyahoga County, Ohio Treasurer (collectively "Defendants"), alleges and states the following:

### PARTIES AND VENUE

1.    Select Homes is an Ohio limited liability corporation that maintains its principal place of business in Pepper Pike, Ohio.

**EXHIBIT "B"**

2. Select Homes is engaged in the business of supplying materials, services and construction contracting in Ohio.

3. Defendant 100 Mountainview is an Ohio Limited Liability Company that holds title to permanent parcel numbers 913-06-001 and 913-06-005 located in Moreland Hills in Cuyahoga County, Ohio.

4. On information and belief Eyton Senders is a member of 100 Mountainview and is the signatory to a contract for construction at 100 Mountainview Moreland Hills Ohio attached hereto and incorporated herein as Exhibit A.

5 The property is owned by Mountainview and is the subject of this forfeiture action.

6. Defendant Cuyahoga County Treasurer is the treasurer of the county in which the real property at issue is located.

7. Jurisdiction and venue for Select Homes Foreclosure Complaint are proper in the Northern District of Ohio as they are pendant to the pending forfeiture proceedings.

## FACTS

8. Select Homes entered into a written contract with Senders (the "Contract") to perform work on buildings located on its real property (the "Project") located at 100 Mountainview Drive Moreland Hills Ohio 44022, Permanent parcel numbers 913-06-001 and 913-06-005 The Contract is attached and incorporated as Exhibit 1.

9. Select Homes commenced work on the Project pursuant to the Contract on or about June 15, 2020.

**EXHIBIT "B"**

10. Senders failed to pay Select Homes as required by the Contract for work Select Homes performed and services provided pursuant to the Contract, which failure is a breach of the Contract.

11. On November 20, 2020 Select Homes recorded a mechanic's lien for $473,582.00 in Cuyahoga County, Ohio, where the Property is located. A copy of the Affidavit to Obtain a Mechanic's Lien is attached and incorporated as Exhibit 2.

12. Select Homes was not required to serve 100 Mountainview with a Notice of Furnishing, as Select Homes was in direct privity of contract with 100 Mountainview.

13. On October 28, 2020, Select Homes timely served Mountainview and Senders with the Affidavit to Obtain a Mechanic's Lien pursuant to Ohio Revised Code §1311.07. A true and accurate copy of the letter serving the Affidavit to Obtain a Mechanic's Lien and proof of service are attached and incorporated as Exhibit 3.

14. Select Homes furnished and supplied all materials, equipment and labor in furtherance of the Contract and Project in a timely, good and workmanlike manner, in accordance with the Contract and has satisfied all conditions precedent to payment under the Contract.

15. Despite Select Homes' repeated requests, Senders failed and refused to fully pay Select Homes for the labor, materials, equipment, and work it furnished in accordance with the Contract and in furtherance of the Project.

16. Select Homes submitted invoices to Senders for the labor, materials, equipment, and work that it furnished under the Contract and in furtherance of the Project.

17. Despite demands for payment, Senders and 100 Mountainview have, without justification or excuse, failed or refused to pay Select Homes the amounts that remains due and owing to Select Homes.

## COUNT 1
### (Foreclosure of Mechanic's Lien)

18. Plaintiff incorporates by reference all of the allegations contained in preceding paragraphs as though fully rewritten.

19. Pursuant to the Contract, Select Homes performed and provided labor, materials, equipment, and work for the improvements to the Project, located at the Property, which is more fully described in the Affidavit to Obtain a Mechanic's Lien (Exhibit 1).

20. Select Homes last performed and provided labor, materials, equipment, and work for the Project pursuant to the Contract on or about September 22, 2020.

21. Select Homes timely recorded an Affidavit for Mechanic's Lien against the Project in the office of the Cuyahoga County Fiscal Officer on November 20, 2020 (Exhibit 1).

22. On October 28, 2020, Select Homes served a copy of the Mechanic's Lien, pursuant to §1311 of the Ohio Revised Code, upon Senders and 100 Mountainview via U.S. Certified Mail on Mountainview and personally upon Senders by posting the Mechanic's Lien, pursuant to Exhibit 3.

23. Select Homes has duly perfected a Mechanic's Lien claim against the Property in the current principal amount of $473,582.00 pursuant to §1311.06 *et seq.* of the Ohio Revised Code.

24. Defendant Cuyahoga County Treasurer has or may claim to have an interest in the Property by virtue of real estate taxes or assessments on the real property.

**EXHIBIT "B"**

25. Select Homes is aware of no other persons or entities having an interest in the Property. Select Homes procured a preliminary judicial report from National Title Insurance Company to find all persons or entities who have an interest in the Property. A true and accurate copy of the preliminary judicial report is attached hereto as Exhibit 4.

26. Select Homes is entitled to foreclose its Mechanic's Lien, to have the Property sold as if on execution, and to recover payment of $473,582.00, plus interest, legal fees and costs from the proceeds of the sale of the Property.

**WHEREFORE**, Select Homes demands and prays for judgment as follows:

A. As to Count I, a judgment that Select Homes' Mechanic's Lien claim is a valid and subsisting lien against the Property in an amount of $473,582.00, plus interest, fees, and costs, and that the lien be foreclosed, and that the Property be sold as if on execution, and that defendants who have some interest in the Property be required to set forth their various claims or be forever barred, that the liens be marshaled and their priorities established according to law, and that the proceeds be applied in payment of Select Homes' claims and the lien and interests of the other parties in accordance with their respective priorities;

B. Other relief as this Court deems just and proper.

Respectfully submitted,

/s/ Marc E. Dann
Marc E. Dann (0039425)
Dann Law
P.O. Box 6031040
Cleveland, OH 44103
Phone: (216) 373-0539
notices@dannlaw.com

Trial Counsel for SELECT HOMES OF NORTHEAST OHIO LLC

/s/ Mitchell J. Yelsky
YELSKY & LONARDO, LLC
BY: MITCHELL J. YELSKY, ESQ.
Ohio Reg. No. 0039295
323 Lakeside Avenue, Suite 450
Cleveland, Ohio 44113
(216) 781-2550 – phone
(216) 781-6242 – telefax
mjy@yelskylonardo.com – email

Co-Counsel for SELECT HOMES OF NORTHEAST OHIO LLC

**EXHIBIT "B"**

# SELECT HOMES OF NORTHEAST OHIO, LTD.
### 31700 PINETREE ROAD - CLEVELAND - OHIO 44124
### 216-973-1345

## CONSTRUCTION AGREEMENT

This Construction Agreement ("Agreement") made this 9th day of June, 2020 by and between SELECT HOMES OF NORTHEAST OHIO, LTD., Attn: Don Orsini, President, 31700 Pinetree Boulevard, Pepper Pike, Ohio 44124, (216) 973-1345 (hereinafter referred to as "Contractor") and Eyton Senders 100 Mountain View Moreland Hills, Ohio 44022 (hereinafter referred to as "Owner"). (216) 407-1428

**WITNESSETH**, that the Contractor and the Owner for the consideration named, agree as follows:

### ARTICLE I
### SCOPE OF THE WORK

The Contractor shall furnish all of the materials and perform all of the work shown on the Drawings and/or described in the Specifications entitled Exhibit A, as annexed hereto as it pertains to work performed on property at 100 Mountain View Moreland Hills, Ohio 44022 in accordance with the plans dated 05/14/20 and addenda prepared by RSA Architects

### ARTICLE II
### TIME OF COMPLETION

The work to be performed under this Agreement shall be commenced on or before June 9, 2020, and Contractor shall use all best efforts to complete construction on or before October 9, 2020. Owner shall co-operate with Contractor to meet the targeted October 9, 2020 completion date, and Contractor shall not be charged liquidated damages or other monetary penalty if the targeted completion date of October 9, 2020 cannot be met.

### ARTICLE III
### THE CONTRACT PRICE

The Owner shall pay the Contractor for the material and labor to be performed under the Agreement. $676,000. Six hundred seventy six thousand dollars including without limitation, all Contractor's costs, labor, subcontractors and material costs plus 20% in United States Dollars, subject to additions and deductions pursuant to authorized change orders.

Owner shall pay the cost of utilities during the period of construction.

**Foreclosure Complaint
Exhibit "1"**

## ARTICLE IV
## PROGRESS PAYMENT

Upon execution of this Agreement, Owner shall pay Contractor a Deposit of $120,000. Progressive billing shall be at reasonable intervals to be agreed upon by Contractor and Owner, as construction progresses. Balance on completion. Owner shall pay a 20% deposit on special order materials when ordered, full payment on special order materials when delivered. "Special Order Materials" shall mean materials Contractor cannot return to Contractor's supplier for credit. State of Ohio Permit and inspection fees to be paid by Owner when due.

## ARTICLE V
## GENERAL PROVISIONS

Any alterations or deviation from the above specifications, including but not limited to any such alterations or deviation involving additional material and/or labor costs, will be performed by Contractor only upon written change order for same, signed by Owner and Contractor, and if there is any charge for such alterations or deviation, the additional charge will be Contractor's costs plus 20%.

If payment is not made when due, Contractor may suspend work on the job until all payments due have been made. A failure to make payment for a period in excess of 5 days from the due date of the payment shall be deemed a material breach of this contract.

## ARTICLE VI
## OWNER'S NECESSARY COOPERATION

(a) During the construction period, Contractor shall require information from Owner and Owner shall promptly cooperate and furnish such information including, but not limited to, decisions, selections, choices and direction throughout all phases of construction, modifications to the Plans and all other additions, changes, change orders, and extra work requested by Owner.

(b) Owner represents and warrants that the utilities serving the Building are located in those locations existing and accessible at the front of Building line/street right-of-way. Contractor shall not be responsible for any increase in expenses caused by:

(1) utilities not existing and accessible at the front of Building line/street right-of-way

(2) such utilities not being adequate to utilize the Builder for its intended purpose or to power the construction contemplated herein; or,

(3) sanitary sewer or storm water drainage lines not being at an

elevation to provide for a gravity flow of sewage and storm water.

This Agreement does not include or contemplate excavation and/or removal of deleterious material including, but not limited to, hazardous waste, construction debris and old construction demolition and/or removal, tires or tree stumps. Further, this contract does not contemplate or include demolition and/or removal of existing buildings, storage tanks, or structures of any kind; termination or removal and/or capping off of existing utilities; acquisition of any easements, land rights, atypical permits, variances, fees or assessments (except for the normal and customary local building permits), cost incurred and associated with wetlands or government protected areas or items. Owner shall be responsible for all costs incurred herein, payable by Owner when due.

## ARTICLE VII
## INDEMNIFICATION

Owner agrees to indemnify, defend and hold Contractor (including without limitation Contractor's members, officers, employees, agents and subcontractors) harmless, at Owner's sole and exclusive expense, for any and all claims asserted by all other contractors employed by former or current owner associated with the Property located at 100 Mountain view Moreland Hills, Ohio 44022, against Contractor (including without limitation Contractor' members, officers, employees, agents and subcontractors) related to this Agreement whereby Contractor shall furnish all of the materials and perform all of the work as it pertains to the completion of the construction at and on the property located at 100 Mountain View Moreland Hills, Ohio44022. Owner agrees to pay when due Contractor's (including without limitation Contractor's members, officers, employees, agents and subcontractors) defense costs, and Contractor agrees to allow Owner to negotiate any and all settlement amount, which settlement amounts shall be paid at Owner's sole and exclusive cost and expense. Should any claim of any former Contractor result in a damage reward by any court of competent jurisdiction, Owner agrees to immediately indemnify and pay any such liability on Contractor's behalf (including without limitation, Owner agrees to immediately indemnify and pay any such liability, on Contractor's behalf (including without limitation Contractor's members, officers, employees, agents and subcontractors). Owner's indemnification, defense and hold harmless obligations under this paragraph as conditioned upon Contractor (1) promptly notifying Owner of any claim brought by any contractor or subcontractor against Contractor (including without limitation Contractor's members, officers, employees, agents and subcontractors) in writing; (2) cooperating with Owner in the defense of any such claim brought by said contractors and/or any subcontractor ; and, (3) granting Owner reasonable control over the defense or settlement of any subject to this Article VII Indemnification provision; provided however, Contractor shall have the sole and exclusive right to choose its own defense counsel, at Owner's sole and exclusive expense.

## ARTICLE VIII
## GOVERNING LAW

This Agreement shall be governed by and construed and enforced in accordance with the laws of the State of Ohio.

## ARTICLE IX
## UNENFORCEABILITY

Wherever possible, the terms of this Agreement shall be construed and interpreted so as to be effective and valid under applicable law. If any provision of this Agreement shall be found to be invalid or prohibited under applicable law, such provision shall be invalid or prohibited only to the extent of such invalidity or prohibition, and the parties shall consult and attempt to agree on a legally acceptable modification that gives respect to the commercial objectives of the unenforceable or invalid provision, and every other provision of this Agreement shall remain in full force and effect.

## ARTICLE X
## GENERAL PROVISIONS

a. All work shall be completed in a workman-like manner and in compliance with all building codes and other applicable laws.

b. Contractor shall furnish owner appropriate releases or waivers of lien for all work performed or materials provided at the time the next periodic payment shall be due.

c. All change orders shall be in writing and signed both by Owner and Contractor, and shall be incorporated in, and become a part of the contract.

d. Contractor warrants it is adequately insured for injury to its employees and others incurring loss or injury as a result of the acts of Builder or its employees or subcontractors.

e. Contractor agrees to remove all debris and leave the premises in broom clean condition.

f. In the event Owner shall fail to pay any periodic or installment payment due hereunder, Contractor may cease work without breach pending payment and resolution of any dispute.

g. All disputes hereunder shall be resolved by binding arbitration in accordance with rules of the American Arbitration Association.

h. Contractor shall not be liable for any delay due to circumstances beyond its control including strikes, casualty or general unavailability of materials.

i. Contractor warrants all work for a period of 12 months following completion.

## ARTICLE XI
## OWNER'S POWER TO TERMINATE CONTRACT

If the Contractor commits any of the acts specified in this Paragraph, the Owner may, by giving seven days' notice in writing to the Contractor, without prejudice to any other rights or remedies given the Owner by law or by this Agreement, terminate the services of the Contractor under this Agreement; take possession of the Project and the premises on which it is located; take possession of all materials and appliances located on the premises; and complete the Project by whatever method the Owner may deem expedient. The Contractor shall be deemed to have committed an act specified in this Paragraph if it shall:

(a) Have a receiver of its assets or property appointed because of insolvency;

(b) Make a general assignment for the benefit of its creditors;

(c) Refuse or fail to supply enough properly skilled workers or proper materials to complete the Project in the time specified in this Contract;

(d) Fail to make prompt payment to subcontractors, laborers, or providers of materials for labor performed on or materials furnished to the Project;

(e) Persistently disregard any law or ordinance relating to the Project or the completion of the Project; or

(f) Otherwise commit a substantial violation of any provision of this Agreement.

## ARTICLE XII
## RIGHTS ON TERMINATION BY OWNER

Should the Owner terminate the services of the Contractor under this Agreement and complete the Project, the Contractor shall not be entitled to receive any further payment under this Agreement until the Project is fully completed. On completion of the Project by the Owner, if the unpaid balance of the contract price exceeds the expenses incurred by Owner in completing the Project, including any compensation paid by the Owner for managerial, administrative, or supervisorial services in completing the project, the excess shall be promptly paid by Owner to the Contractor. If, however, on completion of the Project by the Owner the expenses incurred by the Owner including any compensation paid by Owner for managerial, administrative, or supervisorial services in completing the Project exceed the unpaid balance of the contract price, the excess shall be promptly paid by the Contractor to the Owner.

## ARTICLE XIII
## ENTIRE AGREEMENT; MODIFICATIONS

It is further understood and agreed that this Agreement, the Plans and any addenda or change orders hereto shall constitute the entire agreement between the parties, and that there are no other conditions, representations, warranties, or agreements, express or implied. Any agreement by the Parties to modify the Agreement, in whole or in part, shall be binding only in writing and executed by the Parties.

## ARTICLE XIV
## ASSIGNMENT; BINDING EFFECT

Neither Party shall assign its interest in this Agreement without the prior written approval of the other Party. This Agreement shall be binding upon the Parties hereto, their heirs, legal representatives, successors and permitted assigns.

*IN WITNESS WHEREOF*, the Parties have caused this Agreement to be executed as of the date written above.

**OWNER:**

Eyton Senders.

_____ 6-15-20
BY: Eyton Senders          Date

**CONTRACTOR:**

Select Homes of Northeast Ohio, Ltd.

_____ 6-15-20
BY: DON ORSINI            Date
ITS: PRESIDENT

CUYAHOGA COUNTY
FISCAL OFFICE - 2
11/20/2020 08:05:21 AM
**202011200037**

## AFFIDAVIT FOR MECHANIC'S LIEN

STATE OF OHIO
COUNTY OF CUYAHOGA

Michael C. Brown, being first duly sworn, says that he is the authorized agent of **SELECT HOMES OF NORTHEAST OHIO LTD** whose address is **31700 Pinetree Rd, Cleveland OH 44124**, and that said **SELECT HOMES OF NORTHEAST OHIO LTD** furnished certain materials and/or labor (**demolition and construction for remodeling**) in and for the improvement / construction of certain structures situated on the land hereinafter described in pursuance of a certain contract with **EYTON SENDERS** whose address is **100 Mountain View, Moreland Hills OH 44022**. The first of said materials and/or labor were furnished on **April 6, 2020**. The last of said materials and/or labor were furnished on **September 22, 2020**, and there is justly and truly due **SELECT HOMES OF NORTHEAST OHIO LTD** therefor from the said **EYTON SENDERS** over and above all legal set-offs, the sum of **Four Hundred Seventy-three Thousand Five Hundred Eighty-Two and No/100 Dollars ($473,582.00)**, for which amount the said **SELECT HOMES OF NORTHEAST OHIO LTD** claims a Lien upon the structures, and the interests of the owner in the land upon which the structures are located, of which **100 MOUNTAIN VIEW LLC**, Attn: Eyton Senders, 100 Mountain View Drive, Moreland Hills OH 44022, and **EYTON SENDERS**, 100 Mountain View Drive, Moreland Hills OH 44022, is(are) or were the owner(s), or part owner(s), of said property which is described as follows:

**Senders Residence, 100 Mountain View Drive**
**Village of Moreland Hills, County of Cuyahoga, State of Ohio**
**PIN: 913-06-001 & 913-06-005, See attached Legal Description-Exhibit A**

SELECT HOMES OF NORTHEAST OHIO LTD

October 28, 2020

By: _____
Michael C. Brown, Esq., Authorized Agent

Witness: Janice E. Hoth

Witness: Corey M. Nemec

SWORN TO AND SUBSCRIBED before me and subscribed in my presence this **28 October, 2020**.

JANICE E. HOTH
NOTARY PUBLIC
STATE OF OHIO
My Comm. Exp.
October 1, 2022

Notary Public

404654

This instrument prepared by:
Michael C. Brown, Esq., 23240 Chagrin Blvd 410, Cleveland, OH 44122, (216)464-6700

**Foreclosure Complaint**
**Exhibit "2"**

**EXHIBIT A**

**PARCEL NO. 1:**

Situated in the Village of Moreland Hills, County of Cuyahoga and State of Ohio:

And known as being Sublot No. 6 in Kenneth Young's River Mountain Estates of part of Original Orange Township Lot Nos. 4 and 6, Tract No. 3, First Division, as shown by the recorded plat in Volume 229, Page 2 of Cuyahoga County Records.

**PARCEL NO. 2:**

Situated in the Village of Moreland Hills, County of Cuyahoga and State of Ohio:

And known as being Sublot No. 7 in Kenneth Young's River Mountain Estates of part of Original Orange Township Lot Nos. 4 and 6, Tract No. 3, First Division, as shown by the recorded plat in Volume 229 of Maps, Page 2 of Cuyahoga County Records, being 110.90 feet front on the Northwesterly side of Mountain View Drive and extending back 934.29 feet on the broken Northeasterly line, 668.42 feet on the Southeasterly line and having a rear line of 895.46 feet.

Except a) any mortgage assumed by Grantee; b) such restrictions, conditions, easements (however created) and encroachments as do not materially adversely affect the use or value of the property, c) zoning ordinances, if any, and d) taxes and assessments, both general and special, not yet due and payable.

Permanent Parcel Number: 913-06-001 & 913-06-005

Tax Mailing Address: 100 Mountain View Drive Moreland Hills, OH 44022

**LAW OFFICES OF**

# MICHAEL C. BROWN

*Attorney and Counselor at Law*

23240 CHAGRIN BOULEVARD #410
CLEVELAND, OHIO 44122

TELEPHONE: (216) 464-6700
FACSIMILE: (216) 464-3840
mbrown@mbrownesq.com

October 28, 2020  VIA CERTIFIED MAIL - RETURN RECEIPT REQUESTED

FROM:   **SELECT HOMES OF NORTHEAST OHIO LTD**
        31700 Pinetree Rd
        Cleveland OH 44124

TO:     **100 MOUNTAIN VIEW LLC**
        Attn: Eyton Senders
        100 Mountain View Drive
        Moreland Hills OH 44022

        *Returned "Unclaimed"*
        ~~9171 9690 0935 0234 8403 49~~
        *Posted to Property on*

TO:     **EYTON SENDERS**
        100 Mountain View Drive
        Moreland Hills OH 44022

        9171 9690 0935 0234 8403 56

TO:     **CORPORATE AGENTS INC**
        Agent for 100 MOUNTAIN VIEW LLC
        30195 Chagrin Blvd 300
        Cleveland OH 44124

        9171 9690 0935 0234 8403 63

RE:     **MECHANIC'S LIEN**
        Claimant:   **SELECT HOMES OF NORTHEAST OHIO LTD**
        Debtor:     **EYTON SENDERS**
        Project:    Senders Residence (OH)
        Amt Due:    **$473,582.00**

Ladies/Gentlemen:

Pursuant to the Ohio Revised Code 1311.097, you are hereby served Notice that the above creditor/claimant has filed a Mechanic's Lien on the above project for the amount shown above.

Claimant furnished materials and/or labor under an agreement with the debtor for improvement / construction of this project and, despite demands for payment, has not yet been paid the balance due. We request you see to it that the claimant is paid. Should you have any questions, we suggest you contact either the claimant or the undersigned. Thank you.

Sincerely,

Michael C. Brown, Esq.
Attorney/Authorized Agent

MCB:jh / Encl.

404654

**Foreclosure Complaint
Exhibit "3"**



**UNITED STATES POSTAL SERVICE**

December 14, 2020

Dear corey nemec:

The following is in response to your request for proof of delivery on your item with the tracking number: **9171 9690 0935 0234 8403 63**.

### Item Details

| | |
|---|---|
| **Status:** | Delivered, Front Desk/Reception/Mail Room |
| **Status Date / Time:** | October 30, 2020, 11:15 am |
| **Location:** | CLEVELAND, OH 44124 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |

### Recipient Signature

**Signature of Recipient:** *[handwritten: CV-19 TW 24]*

**Address of Recipient:** *[handwritten, illegible]*

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

**Tracking Number:** 9171969009350234840356

Your item has been delivered to the original sender at 9:19 am on December 17, 2020 in BEACHWOOD, OH 44122.

# Delivered, To Original Sender

December 17, 2020 at 9:19 am
BEACHWOOD, OH 44122

**Get Updates**

**Text & Email Updates**

**Return Receipt Electronic**

**Tracking History**

**December 17, 2020, 9:19 am**
Delivered, To Original Sender
BEACHWOOD, OH 44122
Your item has been delivered to the original sender at 9:19 am on December 17, 2020 in BEACHWOOD, OH 44122.

**December 17, 2020, 7:52 am**
Out for Delivery
BEACHWOOD, OH 44122

**December 17, 2020, 7:41 am**
Arrived at Post Office
BEACHWOOD, OH 44122

**December 15, 2020, 10:28 pm**
Departed USPS Regional Facility
CLEVELAND OH DISTRIBUTION CENTER

**December 12, 2020**
In Transit to Next Facility

# Preliminary Judicial Report Ordered And Will Be Substituted

**Foreclosure Complaint Exhibit "4"**