**Cuyahoga County Treasurer**
2079 East 9th Street   Cleveland, OH 44115
For Assistance, Call 216.443.7420 or
Ohio Relay Service 711 (Hearing Impaired)

## Real Estate Taxes For Second Half of 2020

| Parcel Number | Property Owner |
|---|---|
| 913-06-001 | CASE NO 1:21CV564 |

| Parcel Address | Property Description |
|---|---|
| 100 Mountain View DR, Moreland Hills, OH 44022 | 6 RIVER MOUNTAIN EST 0007 |

| Market Value | | 35% Taxable Value | | Homestead Exempt | Property Class |
|---|---|---|---|---|---|
| LAND | 394,700 | LAND | 138,150 | | |
| BUILDING | 1,737,700 | BUILDING | 608,200 | | SINGLE FAMILY DWELLING |
| TOTAL | 2,132,400 | TOTAL | 746,350 | | |

| Taxing District | Tax Rate | Reduction Factor | Effective Tax Rate |
|---|---|---|---|
| Moreland Hills/Chagrin Fall | 160.53 | .423463 | 92.551503 |

### Tax Calculations

| | |
|---|---|
| REAL ESTATE TAXES | 119,811.56 |
| LESS TAX REDUCTION | -50,735.76 |
| SUBTOTAL | 69,075.80 |
| LESS NON-BUSINESS CREDIT | -5,191.12 |
| NET REAL ESTATE TAX | 63,884.68 |
| TOTAL CURRENT TAX | 63,884.68 |
| DELINQUENT TAX | 35,372.08 |
| PLUS PENALTIES | 3,194.23 |
| TOTAL DUE | 102,450.99 |

**Current Due**
**102,450.99**

View full year summary

**Payment Options**

PRINT BILL

PAY BY E-CHECK

PAY BY CREDIT CARD

Second Half Due Date: 07/15/2021

If taxes are not paid by the date indicated above, a 10% penalty shall be applied without further notice.

Detach here. Return bottom portion with your payment. Keep top portion for your records.

**EXHIBIT "C"**

| Amount Due | Parcel Number |
|---|---|
| 102,450.99 | 913-06-001 |
| Write Amount Paid Here | |
| | |

MAKE CHECKS PAYABLE TO:
**CUYAHOGA COUNTY TREASURER
P.O. BOX 94547
CLEVELAND, OH 44101-4547**

Cuyahoga County Treasurer
2079 East 9th Street Cleveland, OH 44115
For Assistance, Call 216.443.7420 or
Ohio Relay Service 711 (Hearing Impaired)

**Current Taxes Due For Year 2020**

**EXHIBIT "C"**