IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:21-cv-00564 |
| | ) | |
| Plaintiff, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| vs. | ) | |
| | ) | |
| REAL PROPERTY LOCATED AT 100 MOUNTAIN VIEW DRIVE, MORELAND HILLS, OHIO, CUYAHOGA COUNTY PERMANENT PARCEL NOS: 913-06-001, 913-06-005, *et al.*, | ) ) ) ) ) ) | **NOTICE OF APPEARANCE OF COUNSEL** |
| | ) | |
| Defendants. | ) | |

PLEASE TAKE NOTICE that the undersigned counsel represents the Claimant, David Elliot Builders, Inc., in the above-captioned action and requests that all pleadings, correspondence, and other papers be forward to undersigned counsel.

Respectfully submitted,

*/s/ Walter A. Lucas*
Walter A. Lucas (0068150)
WESTON HURD LLP
1300 E. 9th Street, Suite 1400
Cleveland, Ohio 44114
Phone: 216-241-6602; Fax: 216-641-8369
E-mail: WLucas@westonhurd.com

**Counsel for Claimant, David Elliot Builders, Inc.**

**CERTIFICATE OF SERVICE**

I hereby certify that on May 11, 2021, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. In addition, the undersigned further certifies that a copy of the foregoing has been served via electronic mail and regular U.S. Mail upon the following:

Henry F. DeBaggis, Assistant U.S. Attorney
Office of the United States Attorney
United States Courthouse
801 W. Superior Ave., Suite 400
Cleveland, Ohio 44113
Telephone:  216.622.3749
Facsimile:  216.522.7499
Henry.DeBaggis@usdoj.gov

                                          */s/ Walter A. Lucas*
                                          Walter A. Lucas (0068150)