IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. 1:21-CV-0564 |
| Plaintiff, | ) |
| | ) JUDGE CHRISTOPHER A. BOYKO |
| v. | ) |
| REAL PROPERTY LOCATED AT 100 MOUNTAIN VIEW DRIVE, MORELAND HILLS, OHIO, *etc. et al.*, | ) |
| Defendants. | ) |

**ORDER FOR STAY**

The Court finds that good cause appears for the stay of the instant civil forfeiture proceeding. Therefore, this case is stayed until further Order of Court.

SO ORDERED this _____ day of _____, 2021.

_____
Christopher A. Boyko
Senior United States District Judge
Northern District of Ohio