IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO.: 1:21-cv-00564 |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE CHRISTOPHER A. BOYKO |
| vs. | ) | |
| | ) | |
| REAL PROPERTY LOCATED AT 100 MOUNTAIN VIEW DRIVE, MORELAND HILLS, OHIO, CUYAHOGA COUNTY PERMANENT PARCEL NOS: 913-06-001, 913-06-005, et al., | ) ) ) ) ) ) | **NOTICE OF APPEARANCE OF COUNSEL** |
| Defendants. | ) | |

PLEASE TAKE NOTICE that the undersigned counsel represents Intervenor Select Homes of Northeast Ohio, LLC in the above captioned action and requests that all pleadings, correspondence and other papers be forwarded to the undersigned counsel.

Respectfully Submitted,

*/s/ Marc Dann*
Marc Dann (0039425)
Michael A. Smith, Jr. (0097147)
DANN LAW
P.O. Box 6031040
Cleveland, OH 44103
Telephone: (216) 373-0537
Facsimile: (216) 373-0536
notices@dannlaw.com

*Counsel for Intervenor*
*Select Homes of Northeast Ohio, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2021, a copy of the foregoing was filed electronically.

Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

*/s/ Marc Dann*
Marc Dann (0039425)