IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | CASE NO. 1:21-CV-0564 |
|---|---|---|
| Plaintiff, | ) ) ) | JUDGE CHRISTOPHER A. BOYKO |
| v. | ) ) ) | |
| REAL PROPERTY LOCATED AT 100 MOUNTAIN VIEW DRIVE, MORELAND HILLS, OHIO, *etc. et al.*, | ) ) ) ) | |
| Defendants. | ) | |

**UNITED STATES' MOTON TO CONTINUE CASE MANAGEMENT CONFERENCE**

NOW COMES plaintiff, the United States of America, by and through Bridget M. Brennan, Acting United States Attorney and Henry F. DeBaggis, Assistant U.S. Attorney, and respectfully submits the within United States' Motion to Continue Case Management Conference. (R. 18: Notice, PageID 162).

On May 18, 2021, the Court issued a Notice of Case Management Conference scheduling the Case Management Conference for June 3, 2021, at 2:30 p.m. The notice requires that, "the parties shall meet prior to the CMC to discuss the case and prepare a proposed discovery plan pursuant to Fed. R. Civ. P.26(f). (*Id.*, PageID 163). On May 19, 2021, the United States filed a Motion for a Stay because there is a parallel criminal investigation pending. (R.19: Motion, PageID 174).

The United States respectfully moves the Court to continue the Case Management Conference until the Court rules on the pending stay motion so the parties know whether this matter will be stayed before they agree on dates in a proposed discovery plan pursuant to Fed. R. Civ. P. 26(f).

**WHEREFORE**, the United States respectfully submits United States' Motion to Continue Case Management Conference.

        Respectfully submitted,

        BRIDGET M. BRENNAN
        Acting United States Attorney
        Northern District of Ohio

By: /s/ Henry F. DeBaggis        .
     Henry F. DeBaggis (OH: 0007561)
     Assistant United States Attorney
     400 United States Court House
     801 West Superior Avenue
     Cleveland, Ohio  44113
     (216) 622-3749
     (216) 522-7499 fascimile
     Henry.DeBaggis@usdoj.gov