IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 1:21-CV-00564 |
| Plaintiff, | : | JUDGE OF CHRISTOPHER A. BOYKO |
| vs. | : | |
| REAL PROPERTY LOCATED AT 806 N. VISTA STREET, LOS ANGELES CALIFORNIA, LOS ANGELES COUNTY AIN 5526-005-024 | : | |
| Defendant, | : | |
| JUSTEN BALAY | | |
| Claimant. | | |

## RESPONSE TO UNITED STATES' MOTION FOR A STAY

Justen Balay, Claimant, by and through his attorney record, Victor Sherman, hereby responds that he does not oppose the United States' Motion for a Stay.

DATED: May 26, 2021

LAW OFFICES OF VICTOR SHERMAN
/s    Victor Sherman
VICTOR SHERMAN (SBN 38483)
11400 W Olympic Blvd, Ste 1500
Los Angeles, CA 90064-1543
Tel.:   (424) 371-5930; Fax: (310) 392-9029
E-mail: victor@victorsherman.law
ATTORNEY FOR CLAIMANT,
JUSTEN BALAY

CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Response to United States' Motion for Stay was served this 26th day of May, 2021, electronically on: Henry F. DeBaggis, Assistant United States Attorney.

                                    /s     Victor Sherman
                                    VICTOR SHERMAN (SBN 38483)
                                    ATTORNEY FOR CLAIMANT,
                                    JUSTEN BALAY