**Mitchell J. Yelsky**

**From:** Mitchell J. Yelsky
**Sent:** Wednesday, March 10, 2021 2:01 PM
**To:** DeBaggis, Henry F. (USAOHN); Piascik, Bridget (USAOHN) [Contractor]
**Cc:** ~~Henderhan, Larry~~
**Subject:** 100 Mountain View Moreland Hills, OH

Henry/Larry – Today Don Orsini made a random inspection of 100 Mountain View, and he provided me videos of the water main, from the street to the house, which has burst. (Scroll down). Please provide this to Mr. Senders' legal counsel. The situation is critical. Thank you.

Mitchell J Yelsky, Esq.
YELSKY & LONARDO, LLC
323 W Lakeside Ave, Suite 450
Cleveland Ohio, 44113
Phone: 216.781.2550
Cell: 216.870.6400
Fax: 216.781.6242
CC: mjy@yelskylonardo.com
www.yelskylonardo.com
Download Attachment
Available until Apr 9, 2021

| Click to Download |
|---|
| IMG_3896.MOV |
| 0 bytes |

| Click to Download |
|---|
| IMG_3902.MOV |
| 0 bytes |

**EXHIBIT "B"**