IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 1:21-CV-00564 |
| Plaintiff, | : | JUDGE OF CHRISTOPHER A. BOYKO |
| vs. | : | |
| REAL PROPERTY LOCATED AT 806 N. VISTA STREET, LOS ANGELES CALIFORNIA, LOS ANGELES COUNTY AIN 5526-005-024 | : - - | |
| Defendant, | : | |
| JUSTEN BALAY  Claimant. | | |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWER OR OTHERWISE PLEAD AND INCORPORATED MEMORANDUM OF LAW

NOW COMES Justen Balay, Claimant, and hereby respectfully moves for an extension of time for Claimant to answer or otherwise plead, and in support states as follows:

1. Claimant filed his verified claim in this action on May 5, 2021.

2. Pursuant to Rule G(5)(b) of the Supplemental Rules for Certain Admiralty and Maritime Claims, Claimant "must serve and file an answer to the complaint or a motion under Rule 12 within 21 days after filing the claim." Accordingly, Claimant is due to file an answer or otherwise plead no later than June 29, 2021.

3. Claimant respectfully seeks an extension of this deadline to and including July 30, 2021. Claimant submits that the requested extension is in the interests of justice, and will be used in an effort to narrow the scope of issues to be decided by this Court.

4. The undersigned counsel contacted Assistant United States Attorney, Henry F. DeBaggis, who does not oppose.

<u>INCORPORATED MEMORANDUM OF LAW</u>

This Court may in its discretion extend the time for filing an answer to a civil forfeiture complaint. *See United States v. $11,320.00 in United States Currency,* 880 F. Supp. 2d 1310, 1323 (N.D. Ga. 2012); *accord, United States v. $12,126.00 in United States Currency,* 337 Fed. Appx. 818, *1 (11th Cir. 2009) ("a district court has discretion to extend the filing period…"). In this case, an extension of time will allow the Claimant further time to review the facts and law pertinent to this action, avoid the filing of a motion for a stay at least at this time, and may narrow the issues for resolution before this Court. The Government should suffer no prejudice from the requested extension of time, and in fact has expressly agreed to this allowance.

WHEREFORE, for the foregoing reasons, the Claimant respectfully submit that this Court should grant an extension of time to file an answer or otherwise plead to and including July 30, 2021.

DATED: June 29, 2021  LAW OFFICES OF VICTOR SHERMAN
/s    Victor Sherman
VICTOR SHERMAN (SBN 38483)
11400 W Olympic Blvd, Ste 1500
Los Angeles, CA 90064-1543
Tel.:   (424) 371-5930; Fax: (310) 392-9029
E-mail: victor@victorsherman.law
ATTORNEY FOR DEFENDANT,
JUSTEN BALAY

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Unopposed Motion for Extension of Time to File Answer or Otherwise Plead and Incorporated Memorandum of Law was served this 29th day of June, 2021, electronically on: Henry F. DeBaggis, Assistant United States Attorney.

/s     Victor Sherman
VICTOR SHERMAN (SBN 38483)
ATTORNEY FOR DEFENDANT,
JUSTEN BALAY