IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 3:21CV564 |
| | ) | |
| Plaintiff, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| v. | ) | |
| | ) | |
| REAL PROPERTY LOCATED AT 100 | ) | AFFIDAVIT |
| MOUNTAIN VIEW DRIVE, | ) | |
| MORELAND HILLS, OHIO, | ) | |
| CUYAHOGA COUNTY PERMANENT | ) | |
| PARCEL NOS: 913-06-001, 913-06-005, | ) | |
| et al., | ) | |
| Defendants. | ) | |

I, Henry F. DeBaggis, being duly sworn, do hereby depose and state:

1. I am an Assistant U.S. Attorney in the Northern District of Ohio and I represent the United States of America in this action.

2. On March 10, 2021, a verified Complaint in Forfeiture was filed against multiple defendant properties, including the following:

   a. 1996 Porsche 911 Turbo, Black in Color, VIN: WP0AC2991TS376255 [titled to Carey Senders]; and,

   b. 2019 Nautique G25 Boat, HIN: CTC95115K819, with a 2019 Extreme Boat Trailer, VIN: 5DBBB2734KZ005090 [titled to Ilan Senders]. (hereinafter "defendant subject properties").

3. The Clerk of this Court issued a Warrant of Arrest in Rem, which was served on the defendant subject properties by the United States Marshals Service on . (R. 8).

4. On March 15, 2021, Notice of this action and a copy of the Complaint was served by certified mail on Carey Senders at 14393 Washington Blvd, University Heights, Ohio 44118.

5. Carey Senders has failed to timely file a Verified Claim and Answer to 1996 Porsche 911 Turbo, Black in Color, VIN: WP0AC2991TS376255, or any other defendant properties.

6. On March 14, 2021, Notice of this action and a copy of the Complaint was served by certified mail on Ilan Senders, 14393 Washington Blvd, University Heights, Ohio 44118

7. Ilan Senders has failed to timely file a Verified Claim and Answer to the defendant 2019 Nautique G25 Boat, HIN: CTC95115K819, with a 2019 Extreme Boat Trailer, VIN: 5DBBB2734KZ005090, or any of the other defendant properties.

8. Notice of this action was published, for thirty consecutive days, pursuant to this Court's Order of Publication, on an official internet government forfeiture site.

7. No other party has filed a claim or answer in this judicial forfeiture action to the following defendant properties:

    a. 1996 Porsche 911 Turbo, Black in Color, VIN: WP0AC2991TS376255 [titled to Carey Senders]; and,

    b. 2019 Nautique G25 Boat, HIN: CTC95115K819, with a 2019 Extreme Boat Trailer, VIN: 5DBBB2734KZ005090 [titled to Ilan Senders].

FURTHER AFFIANT SAYETH NAUGHT.

_____
Henry F. DeBaggis
Assistant U.S. Attorney

Sworn to and subscribed in my presence this 29 day of September, 2021.

_____
Notary Public for the State of Ohio
Recorded in Cuyahoga County
My Commission expires:

STEVEN J. PAFFILAS, Atty.
NOTARY PUBLIC • STATE OF OHIO
My commission has no expiration date
Section 147.03 O.R.C.