IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 3:21CV564 |
| | ) | |
| Plaintiff, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| v. | ) | |
| | ) | |
| REAL PROPERTY LOCATED AT 100 | ) | |
| MOUNTAIN VIEW DRIVE, | ) | |
| MORELAND HILLS, OHIO, | ) | |
| CUYAHOGA COUNTY PERMANENT | ) | |
| PARCEL NOS: 913-06-001, 913-06-005, et | ) | JUDGMENT ENTRYAS TO THE |
| al., | ) | DEFENDANT 1996 PORSCHE 911 AND THE |
| | ) | 2019 NAUTIQUE G25 BOAT AND BOAT |
| Defendants. | ) | TRAILER |

Before the Court is the Motion for Default Judgment filed by plaintiff the United States of America against the interest of Carey Senders and Ilan Senders in the following defendant properties:

1996 PORSCHE 911 TURBO, BLACK IN COLOR, VIN: WP0AC2991TS376255;

2019 NAUTIQUE G25 BOAT, HIN: CTC95115K819, WITH A 2019 EXTREME BOAT TRAILER, VIN: 5DBBB2734KZ005090;

Upon review of the motion and supporting documentation, the Court finds as follows:

1. A verified Complaint in Forfeiture was filed against the above-described defendant properties.

2. A Warrant of Arrest in Rem was served on the defendant properties.

3. The plaintiff served Carey Senders, the titled owner of the 1996 Porsche 911, described above, and Ilan Senders, the titled owner of the 2019 Nautique G25 Boat with Boat

Trailer, by certified mail. All other potential claimants were served by certified mail and/or publication.

4. Neither Carey Senders nor Ilan Senders have filed an answer in this action. Additionally, no other party has filed an answer to the 1996 Porsche 911, described above, or the 2019 Nautique G25 Boat with Boat Trailer.

Therefore, it is ORDERED, ADJUDGED, and DECREED:

1. That a judgment by default is hereby entered in favor of plaintiff, the United States of America, and against Carey Senders and Ilan Senders, and all other persons who have failed to file an answer in this matter with respect to the 1996 Porsche 911, described above, or the 2019 Nautique G25 Boat with Boat Trailer; and,

2. That the following defendant properties are hereby forfeited to the United States of America and shall be disposed of in accordance with law:

    a.     1996 Porsche 911 Turbo, Black in Color, VIN: WP0AC2991TS376255; and,

    b.     2019 Nautique G25 Boat, HIN: CTC95115K819, with a 2019 Extreme Boat Trailer, VIN: 5DBBB2734KZ005090.

It is so ORDERED this _____ day of _____, 2021.

                                        _____
                                        CHRISTOPHER A. BOYKO
                                        UNITED STATES DISTRICT JUDGE