Attachment 1
PROPERTY DESCRIPTION FOR:
100 Mountain View Drive, Moreland Hills, Ohio

PARCEL NO. 1

SITUATED IN THE VILLAGE OF MORELAND HILLS, COUNTY OF
CUYAHOGA AND STATE OF OHIO; AND KNOWN AS BEING SUBLOT
NO. 6 IN KENNETH YOUNG'S RIVER MOUNTAIN ESTATES OF PART
OF THE ORIGINAL ORANGE TOWNSHIP LOT NOS 4 AND 6, TRACT
NO. 3, FIRST DIVISION, AS SHOWN BY THE RECORDED PLAT IN VOL
229, PAGE 2 OF CUYAHOGA COUNTY RECORDS.

PARCEL NO. 2

SITUATED IN THE VILLAGE OF MORELAND HILLS, COUNTY OF
CUYAHOGA AND STATE OF OHIO; AND KNOWN AS BEING SUBLOT
NO. 7 IN KENNETH YOUNG'S RIVER MOUNTAIN ESTATES OF PART
OF ORIGINAL ORANGE TOWNSHIP LOT NOS. 4 AND 6, TRACT NO. 3,
FIRST DIVISION, AS SHOWN BY THE RECRODED PLAT IN VOL 229
OF MAPS, PAGE 2 OF CUYAHOGA COUNTY RECORDS, BEING 110.90
FEET FRONT OF THE NORTHWESTERLY SIDE OF MOUNTAIN VIEW
DRIVE AND EXTENDING BACK 934.29 FEET ON THE BROKEN
NORTHEASTERLY LINE, 668.42 FEET ON THE SOUTHEASTERLY
LINE AND HAVING A REAR LINE OF 895.46 FEET.

Permanent Parcel Numbers: 913-06-001, 913-06-005

Attachment 2
PROPERTY DESCRIPTION FOR:
2664 South Green Rd, Shaker Heights, OH

SITUATED IN THE CITY OF SHAKER HEIGHTS, COUNTY OF CUYAHOGA
AND   STATE OF OHIO:

AND KNOWN AS BEING THE SOUTHERLY PART OF SUBLOT NO. 4-A IN
A RESUBDIVISION OF A SUBDIVISION OF FORMER KISSACK
PROPERTY OF PART OF ORIGINAL WARRENSVILLE TOWNSHIP LOT
NO. 17, AS SHOWN BY THE RECORDED PLAT IN VOL 177 OF MAPS,
PAGE 1 OF CUYAHOGA COUNTY RECORDS, AND BEING 108.08 FEET
FRONT ON THE NORTHERLY SIDE OF FAIRMOUNT BOULEVARD, 23.75
FEET ON THE CURVED TURNOUT BETWEEN THE NORTHERLY SIDE OF
FAIRMOUNT BOULEVARD AND THE WESTERLY SIDE OF GREEN ROAD,
AND EXTENDING BACK 104.81 FEET DEEP ON THE EASTERLY LINE,
WHICH IS ALSO THE WESTERLY LINE OF GREEN ROAD, 120 FEET DEEP
ON THE WESTERLY LINE, AND BEING 119.27 FEET WIDE IN THE REAR,
AS APPEARS BY SAID PLAT, BE THE SAME MORE OR LESS.

Permanent Parcel Number: 734-03-026

<u>Attachment 3</u>
PROPERTY DESCRIPTION FOR:
2104 South Green Road, South Euclid, Ohio

SITUTATED IN THE VILLAGE OF OAKWOOD, COUNTY OF CUYAHOGA, AND STATE OF OHIO:

AND KNOWN AS BEING SUBLOT NO. 200 IN THE BELVOIR GARDENS SUBDIVISION OF PART OF THE ORIGINAL EUCLID TOWNSHIP LOT 32, TRACT 3, AS SHOWN BY THE RECORDED PLAT IN VOL 96 OF MAPS, PAGE 26 OF CUYAHOGA COUNTY RECORDS.  SUBJECT TO ALL LEGAL HIGHWAYS AND ALSO SUBJEC TO THE FOLLOWING CONDITIONS AND RESTRICTIONS AS CONTAINED IN THE DEED FROM THE BROTHERHOOD OF LOCOMOTIVE ENGINEERS COOPERATIVE NATIONAL BANK OF CLEVELAND, TO EARNEST H. BAKER, SAME BEING LAND TITLE REGISTRATION DOCUMENT NO. 38172, TO WIT:

THIS DEED IS GIVEN SUBJECT TO ALL ZONING ORDINANCES AND ALL ORDINANCES AFFECTING THE USE OF SAID PREMISES AND SUBJECT TO ALL BUILDING CONDITIONS, LIMITATIONS, COVENANTS AND RETRICTIONS AS CONTAINED IN THE DEED FROM THE BROTHERHOOD OF LOCOMOTIVE ENGINEERS COOPERATIVE NATIONAL BANK TO STANLEE T. BATES AND MILLS G. CLARK, LAND TITLE REGISTRATION DOCUMENT NO. 35886, AND SHOWN IN CERTIFICATE OF TITLE NO. 14630.

Permanent Parcel Number: 703-22-020

<u>Attachment 4</u>
PROPERTY DESCRIPTION FOR:
2110 South Green Rd, South Euclid, Ohio

SITUATED IN THE CITY OF SOUTH EUCLID, COUNTY OF CUYAHOGA
AND STATE OF OHIO:

AND KNOWN AS BEING SUBLOT NO. 201 IN THE BELVOIR GARDENS
SUBDIVISION OF PART OF THE ORIGINAL EUCLID TOWNSHIP LOT
NO. 32, TRACT NO. 3, AS SHOWN BY THE RECORDED PLAT IN VOL 96
OF MAPS, PAGE 26 OF CUYAHOGA COUNTY RECORDS, BE THE SAME
MORE OR LESS, BUT SUBJECT TO ALL LEGAL HIGHWAYS.

Permanent Parcel Number: 703-22-019

Attachment 5
PROPERTY DESCRIPTION FOR:
Vacant Residential Lot Located on South Green Road, South Euclid, Ohio

SITUATED IN THE CITY OF SOUTH EUCLID, IN THE COUNTY OF CUYAHOGA, AND STTE OF OHIO:

AND KNOWN AS SUBLOT NO. 199 IN THE BELVOIR GARDENS SUBDIVISION OF PART OF THE ORIGINAL EUCLID TOWNSHIP LOT 32, TRACT 3, AS SHOWN BY THE RECORDED PLAT IN VOLUME 96 OF MAPS, PAGE 26 OF CUYAHOGA COUNTY RECORDS.

Permanent Parcel Number: 703-22-021

Attachment 6
PROPERTY DESCRIPTION FOR:
Real Property Located At 952 N Laurel Avenue, Los Angeles, California

All that certain real property situated in the County of Los Angeles, State of California, described as follows:

Lot 65, as shown on that certain map entitled Tract No. 3425, which Map was filed in the Office of the recorder of the County of Los Angeles, State of California in Book 42 of Maps Page(s) 29.

Los Angeles County AIN 5529-023-023