UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIVIL ACTION NO. 1:21CV564 |
| | ) | |
| Plaintiff, | ) | SENIOR JUDGE |
| | ) | CHRISTOPHER A. BOYKO |
| v. | ) | |
| | ) | |
| REAL PROPERTY LOCATED AT 100 | ) | |
| MOUNTAIN VIEW DRIVE, | ) | |
| MORELAND HILLS, OHIO, | ) | |
| CUYAHOGA COUNTY | ) | ORDER |
| PERMANENT PARCEL NOS: | ) | |
| 913-06-001, 913-06-005, et al., | ) | |
| | ) | |
| Defendants. | ) | |

The United States of America and Eyton Senders, individually, and as member and authorized representative of Corner Green LLC, N. Laurel Avenue Property Holdings LLC, ES Global Real Estate Holdings LLC, and 100 Mountain View LLC have moved the Court to revise the lien amount which was ordered to be paid under paragraph 4 of the Court's Order issued on November 18, 2021, because a reduced amount has been negotiated with the lienholder. (R. 37: Order, PageID 264).

For good cause, paragraph 4 of the Order is revised, as follows:

4. As it relates to the Defendant Subject Property 100 Mountain View Drive, Moreland Hills, Ohio, the Court orders that the payment priority schedule outlined in paragraph 6 below shall apply and under that schedule the U.S. Marshal shall also pay Select Homes of Northeast Ohio, Ltd.'s mechanic's lien in the amount of $168,538.00. The payment of this amount shall be in full satisfaction of the mechanic's lien filed with the Cuyahoga County Recorder's Office on November 20, 2020, No. 202011200037.

IT IS SO ORDERED.

Date: 12/06/21

s/ Christopher A. Boyko
CHRISTOPHER A. BOYKO
SENIOR UNITED STATES DISTRICT JUDGE