USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

**U.S. Department of Justice**
United States Marshals Service

RECEIVED
By Janet Duncan at 10:33 am, Nov 18, 2021

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

FILED
DEC 16 2021
CLERK, U.S. DISTRICT COURT
CLEVELAND

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 1:21CV564 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Real property located at 100 Mountain View Drive, et al. | Execute Interlocutory Sale |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Real Property at 100 Mountain View Drive, Moreland Hills, Ohio, Cuyahoga County PPN's: 913-06-001, 913-06-005

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Henry F. DeBaggis, Assistant United States Attorney
Office of the United States Attorney
801 W. Superior Avenue, 400 United States Courthouse
Cleveland, Ohio 44113

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Please take custody, and sell, the property located at 100 Mountain View Drive, Moreland Hills, Ohio, Cuyahoga County PPN's: 913-06-001, 913-06-005, pursuant to the terms of the interlocutory sale order issued on November 18, 2021. (21-FDA-000069)

| Signature of Attorney other Originator requesting service on behalf of: | ☑ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| /s/ Henry F. DeBaggis | | 216-622-3749 | 11/18/21 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 60 | District to Serve No. 60 | Signature of Authorized USMS Deputy or Clerk  R.M. Capka | Date 11/18/21 |
|---|---|---|---|---|---|
| | 1 | | | | |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☑ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

| Date | Time | |
|---|---|---|
| 12/2/21 | 10:00 | ☑ am ☐ pm |

Signature of U.S. Marshal or Deputy
5295

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $65 | $3.73 | 0 | $68.73 | 0 | $68.73  $0.00 |

REMARKS:

Custody was taken on 12/2/21

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00