Case: 1:21-cv-00564-CAB Doc #: 47 Filed: 12/20/21 1 of 1. PageID #: 302

USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

| U.S. Department of Justice<br>United States Marshals Service | RECEIVED<br>By RCapka at 10:52 am, Nov 17, 2021 | **PROCESS RECEIPT AND RETURN**<br>See "Instructions for Service of Process by U.S. Marshal" |
|---|---|---|

| PLAINTIFF<br>United States of America | COURT CASE NUMBER<br>1:21CV564 |
|---|---|
| DEFENDANT<br>Real property located at 100 Mountain View Drive, et al. | TYPE OF PROCESS<br>Execute Default Judgment |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
2019 Nautique G25 boat, HIN: CTC95115K819, with a 2019 Extreme boat trailer, VIN: 5DBBB2734KZ005090
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| Henry F. DeBaggis, Assistant United States Attorney<br>Office of the United States Attorney<br>801 W. Superior Avenue, 400 United States Courthouse<br>Cleveland, Ohio 44113 | Number of process to be served with this Form 285 | 1 |
| | Number of parties to be served in this case | FILED[1] |
| | Check for service on U.S.A. | DEC 2 0 2021 |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service*):

Pursuant to the Default Judgment filed in the above-captioned case on November 16, 2021, the 2019 Nautique G25 boat, HIN: CTC95115K819, With a 2019 extreme boat trailer, VIN: 5DBBB2734KZ005090 is forfeited to the United States and should be disposed in accordance with law. (21-FDA-000009)

| Signature of Attorney other Originator requesting service on behalf of:<br>/s/ Henry F. DeBaggis | ☑ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>216-622-3749 | DATE<br>11/16/21 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process<br>1 | District of Origin<br>No. 60 | District to Serve<br>No. 60 | Signature of Authorized USMS Deputy or Clerk<br>Ron M Capka | Date<br>11/17/21 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☑ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (*See remarks below*)

| Name and title of individual served (*if not shown above*) | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|
| Address (*complete only different than shown above*) | Date 12/4/21 Time 10:00 ☑ am ☐ pm |
| | Signature of U.S. Marshal or Deputy |

| Service Fee<br>$65 | Total Mileage Charges including *endeavors*<br>0 | Forwarding Fee<br>0 | Total Charges<br>$65 | Advance Deposits<br>0 | Amount owed to U.S. Marshal* or (Amount of Refund*)<br>$65 | $0.00 |
|---|---|---|---|---|---|---|

REMARKS:
Asset was disposed of in accordance with law on 12/04/21.

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00